Angela M. Alioto. Esq. (SBN 130328)
Steven L. Robinson. Esq. (SBN 116146)
Joe Alioto Veronese, Esq. (SBN 214607)
LAW OFFICES OF JOSEPH L. ALIOTO
AND ANGELA ALIOTO
700 Montgomery Street
San Francisco, CA 94111
Telephone: (415) 434-8700

W. Hunter Winstead, Esq. (*Pro Hac Vice*)
Gilbert LLP
700 Pennsylvania Ave. SE, Suite 400
Washington, DC 20003
Telephone: (202) 772-2200

Attorneys for STEPHENS INSTITUTE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

|  |  |
|---|---|
| STEPHENS INSTITUTE d/b/a ACADEMY OF ART UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>RSUI INDEMNITY COMPANY<br><br>Defendant. | Case No. 4:22-cv-00507-HSG<br><br>APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3); ORDER |

    I, W. Hunter Winstead, an active member in good standing of the bar of Virginia and the District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing:  STEPHENS INSTITUTE d/b/a ACADEMY OF ART UNIVERSITY, in the above-entitled action.  My local co-counsel in this case is Joseph Alioto Veronese, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 214607.

\

| MY ADDRESS OF RECORD:<br>700 Pennsylvania Ave. SE, Suite 400<br>Washington, DC 20003 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>700 Montgomery Street<br>San Francisco, CA 94111 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(202) 772-2344 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:  (415) 434-2100 |
| MY EMAIL ADDRESS OF RECORD:<br>winsteadh@gilbertlegal.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:  Joe@aliotolg.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is:  66770 (Virginia) and 1012339 (District of Columbia).

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months proceeding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.


Dated: June 3, 2022

/s/ W. Hunter Winstead
W. Hunter Winstead, Esq.


**APPLICANT ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of W. Hunter Winstead is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance pro hac vice.  Service of papers upon, and communication with, local co-

counsel designated in the application will constitute notice to the party.

Dated:   6/3/2022

_____
UNITED STATES DISTRICT JUDGE

3

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT WELLFORD HUNTER WINSTEAD IS AN ACTIVE MEMBER OF THE

VIRGINIA STATE BAR IN GOOD STANDING.   MR. WINSTEAD WAS LICENSED TO PRACTICE LAW IN

VIRGINIA ON APRIL 23, 2004, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE

BOARD OF BAR EXAMINERS.

Issued May 17, 2022

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Wellford Hunter Winstead*

was duly qualified and admitted on February 3, 2006 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 9, 2022.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.