# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHENS INSTITUTE, <br><br> Plaintiff(s) <br> v. <br><br> RSUI INDEMNITY COMPANY <br><br> Defendant(s) | CASE No C 4:22-cv-00507-HSG <br><br> STIPULATION AND ORDER SELECTING ADR PROCESS (as modified) |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐
- ■ **Mediation** (ADR L.R. 6) or **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7) at the election of the parties.
- ☐
- ☐

The parties agree to hold the ADR session by:

- ■ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☐ other requested deadline:

Date: June 21, 2022         Joe Alioto Veronese    /s/ Joe Alioto
                            Attorney for Plaintiff

Date: June 21, 2022         [signature]
                            Attorney for Defendant

☐ IT IS SO ORDERED.
☒ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS: Parties are ordered to do mediation.

DATE: 6/23/2022             Haywood S. Gilliam, Jr.
                            U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

Form ADR-Stip rev. 1-15-2019