**LAW OFFICES OF MAYOR JOSEPH L. ALIOTO
AND ANGELA ALIOTO**
Angela M. Alioto. Esq. (State Bar No. 130328)
Joe Alioto Veronese, Esq. (State Bar No. 214607)
700 Montgomery Street
San Francisco, CA 94111
Telephone: (415) 434-8700

Attorneys for STEPHENS INSTITUTE

**MUSICK, PEELER & GARRETT LLP**
David A. Tartaglio (State Bar No. 117232)
Chad A. Westfall (State Bar No. 208968)
624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone: (213) 629-7600

Attorneys for RSUI INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STEPHENS INSTITUTE d/b/a ACADEMY OF ART UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>RSUI INDEMNITY COMPANY<br><br>Defendant. | Case No. 4:22-cv-00507-HSG<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Case No. 4:22-cv-00507-HSG
JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

DATED: Sept. 7, 2022

LAW OFFICES OF MAYOR JOSEPH L. ALIOTO AND ANGELA ALIOTO

By: /s/ Angela Alioto
Angela Alioto
Attorneys for STEPHENS INSTITUTE d/b/a ACADEMY OF ART UNIVERSITY

DATED: August 31, 2022

**MUSICK, PEELER & GARRETT LLP**

By: /s/ Chad Westfall
David A. Tartaglio
Chad A. Westfall
Attorneys for RSUI INDEMNITY COMPANY

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: 9/8/2022

_____
The Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE